# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE DIVISION

| | |
|---|---|
| **SOLVET SERVICES, LLC** | **CIVIL ACTION NO. 6:20-CV-0861** |
| **VERSUS** | **JUDGE DAVID C. JOSEPH** |
| **HD VENTURES, LLC, ET AL** | **MAGISTRATE JUDGE CAROL B. WHITEHURST** |

## JUDGMENT

For the reasons contained in the REPORT AND RECOMMENDATION of the Magistrate Judge previously filed herein [Doc. 97], and having thoroughly reviewed the record, including the lack of written objections filed, and concurring with the findings of the Magistrate Judge under the applicable law,

IT IS ORDERED that the MOTION TO ENTER SUMMARY JUDGMENT ENFORCING SETTLEMENT AGREEMENT [Doc. 91] is GRANTED.

THUS, DONE AND SIGNED in Chambers this 21st day of October 2022.

_____
DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE