UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **SOLVENT SERVICES, LLC** | **CIVIL DOCKET NO. 6:20-CV-00861** |
| **VERSUS** | **JUDGE DAVID C. JOSEPH** |
| **HD VENTURES LLC, ET AL** | **MAGISTRATE JUDGE CAROL B. WHITEHURST** |

## FINAL MONEY JUDGMENT

On February 26, 2022, Plaintiff, Solvet Services, LLC ("Solvet"), entered into a Settlement Agreement and Release ("Settlement Agreement") with Defendants, McKinley Investment, LLC ("McKinley") and Halen Bach ("Bach"). Plaintiff and Defendants entered into the Settlement Agreement to resolve a business dispute that arose from the fraudulent acts of Defendants during the COVID-19 pandemic, as further described in the COMPLAINT [Doc 1].

Pursuant to the Settlement Agreement, McKinley and Bach, jointly and severally, were obligated to pay Solvet $706,700.00 ("settlement proceeds") [Doc. 91-3]. McKinley and Bach failed to pay the settlement proceeds in accordance with the Settlement Agreement. As such, on May 13, 2022, Solvet filed a MOTION TO ENTER SUMMARY JUDGMENT ENFORCING THE SETTLEMENT AGREEMENT against Defendants ("Motion") [Doc. 91 through 91-7], seeking to recover the settlement proceeds, along with costs and attorneys' fees associated therewith, and legal interest thereon.

On September 23, 2022, this Court entered a REPORT AND RECOMMENDATION, recommending that Solvet's Motion be granted and Solvet be entitled to collect the $706,700.00 owed by Defendants pursuant to the Settlement Agreement, along with associated courts costs and attorneys' fees in the amount of $2,185.00, and legal interest relating to same at the rate of 5.75% [Doc. 97]. An order was signed, adopting the Court's recommendation on October 21, 2022 [Doc. 98].

Considering the foregoing, the Court issues this Final Money Judgment as follows:

IT IS ORDERED that the Plaintiff's, Solvet Services, LLC's, MOTION TO ENTER SUMMARY JUDGMENT ENFORCING SETTLEMENT AGREEMENT is GRANTED, the Settlement Agreement be enforced as between Plaintiff and Defendants, and Defendants forced to pay the full amount of the settlement proceeds, along with court costs, attorneys' fees, and interest.

IT IS FURTHER ORDERED that Defendants, McKinley Investment, LLC (Address: 9440 Santa Monica Blvd., #301, Beverly Hills, CA 90210; Wyoming Secretary of State ID: 2016-000714322) and Halen Bach (Address: 9440 Santa Monica Blvd., #301, Beverly Hills, CA 90210, SSN: 499-90-XXXX), shall jointly and severally pay the sum of $706,700.00 (representing the settlement proceeds) to Plaintiff, Solvet Services, LLC (Address: 345 Doucet Road, Suite 230, Lafayette, LA 70503), for which let execution issue forthwith.

IT IS FURTHER ORDERED that Defendants, McKinley Investment, LLC (Address: 9440 Santa Monica Blvd., #301, Beverly Hills, CA 90210; Wyoming

Secretary of State ID: 2016-000714322) and Halen Bach (Address: 9440 Santa Monica Blvd., #301, Beverly Hills, CA 90210, SSN: 499-90-XXXX), shall jointly and severally pay the sum of $2,185.00 (representing costs and fees) to Plaintiff, Solvet Services, LLC (Address: 345 Doucet Road, Suite 230, Lafayette, LA 70503), for which let execution issue forthwith.

IT IS FURTHER ORDERED that Defendants, McKinley Investment, LLC (Address: 9440 Santa Monica Blvd., #301, Beverly Hills, CA 90210; Wyoming Secretary of State ID: 2016-000714322) and Halen Bach (Address: 9440 Santa Monica Blvd., #301, Beverly Hills, CA 90210, SSN: 499-90-XXXX), shall jointly and severally pay legal interest at 5.75%, on and in addition to the settlement proceeds, costs, and attorneys' fees, from February 26, 2022, until finally paid all for which let execution issue forthwith. Such interest is currently due in the amount of $28,277.68, and this judgment shall continue to bear interest at the 5.75% rate from the date of entry until the judgment is satisfied.

THUS, DONE AND SIGNED this 8th day of November 2022.

_____
DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE