UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

SOLVET SERVICES, LLC                         CIVIL DOCKET NO. 6:20-CV-00861

VERSUS                                       JUDGE DAVID C. JOSEPH

HD VENTURES LLC,                             MAGISTRATE JUDGE CAROL B.
ET AL                                        WHITEHURST

### ORDER

Considering the MOTION TO DISMISS ALL DEFENDANTS WITHOUT PREJUDICE by

Solvet Services, LLC ("the Motion") [Doc. 101] and considering the FINAL MONEY

JUDGMENT [Doc. 100] granted in favor of Solvet Services, LLC and against McKinley

Investments, LLC and Halen Bach,

IT IS ORDERED that the Motion is GRANTED.

IT IS FURTHER ORDERED that the claims by Solvet Services, LLC against

the remaining Defendants are hereby DISMISSED WITHOUT PREJUDICE, with

each party to bear its own costs.

The Clerk of Court is ORDERED to close this case.

THUS, DONE AND SIGNED in Chambers, this 10th day of November 2022.

_____
DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE